## Commonwealth v. Litvitz.

Argued April 26, 1900.    Appeal, No.    , April T., 1900, by defendants, in suit of Commonwealth of Pennsylvania for use, etc., against Lizzie Litvitz and Isaac Gelder, from judgment of C. P. No. 2, Allegheny Co., in favor of plaintiff for want of a sufficient affidavit of defense.    Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ.    Affirmed. Opinion by RICE, P. J.

*D. F. Patterson*, with him *J. M. Friedman*, for appellants.

*Jos. Stadtfeld*, for appellee.

OPINION BY RICE, P. J., July 26, 1900:

It was stated at bar that the same judgment was to be entered in this case as in Com. v. Litvitz, ante, p. 278.    For the reasons there given the judgment is affirmed.